

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00276-CR

Eric **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6137
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 26, 2024

_____
Beth Watkins, Justice